## Commonwealth ex rel. Dion, Appellant, *v.* Banmiller.

Argued December 16, 1959. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*William J. Woolston,* for appellant.

No argument was made nor brief submitted for appellee.

OPINION PER CURIAM, April 13, 1960:

The six judges who heard the argument of this case were equally divided in opinion; the decision accordingly is affirmed.